**Opinion issued August 6, 2020**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-20-00196-CV

———————————

**MAGDANNA OVAKIMYAN, Appellant**

**V.**

**RICARDO  MANUEL  CABRERA, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-65726**

---

## MEMORANDUM OPINION

Appellant, Magdanna Ovakimyan, has neither established indigence nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). The

Court notified appellant by letter dated June 12, 2020 that this appeal was subject to dismissal and advised appellant that she must respond by July 13, 2020 to avoid dismissal. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal). Appellant did not respond.

We dismiss this appeal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule requiring payment of fees); 42.3(c) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Landau.